# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| **In re** | **Case No.** 25–11660 |
| | **Chapter** 11 |
| **Apperson Crump PLC** | **BK Judge** Jimmy L Croom |
| | |
| | **Adversary No.** |
| **Debtor(s).** | |
| | **Business** |
| **Randel Edward Page, Jr.** | |
| **Appellant(s)** | |
| | |
| **vs.** | |
| | |
| **Apperson Crump, PC** | |
| **United States Trustee** | |
| **Appellee(s).** | |

## NOTICE OF REFERRAL OF ☑ APPEAL ☐ CROSS APPEAL
### TO THE UNITED STATES DISTRICT COURT

**TO: Clerk of the U.S. District Court for the Western District of Tennessee**

The following items are available from the U.S. Bankruptcy Court docket sheet in .PDF form at
https://ecf.tnwb.uscourts.gov.

☑ Notice of Appeal ☐ Cross Appeal filed on 2/25/26 and docketed as #73.

☐ Motion for Leave to Appeal filed on and responses filed on
.

☐ Final Order/Judgment or Interlocutory Order/Judgment appealed from and entered on .

☐ Opinion and/or Finding of Facts accompanying Final Order or Judgment.

☑ Filing Fee Not Paid. See Deficiency Notice re Appeals (doc.# 74 )

☐ $ Filing Fee Paid.

☑ Motion to Waive Appeal Fee filed 2/25/26 and docketed as #72.

**Travis D. Green, Clerk**
**United Sates Bankruptcy Court**

**Date:** February 25, 2026

**BY:** /s/ Jacquelyn Stewart

**Deputy Clerk**
**(731) 421–9300**
**111 S Highland, Room 107**
**Jackson, TN 38301**

[ntcrefap]Notice of Appeal BAP 07–05