PlnDue, PrimBusDebts, APPEAL, DsclsDue, FMHELD, APLDIST, DISMISSED

# U.S. Bankruptcy Court
## Western District of Tennessee (Jackson)
## Bankruptcy Petition #: 25-11660

*Assigned to:* Jimmy L Croom
Chapter 11
Voluntary
Asset

*Date filed:* 12/01/2025
*Debtor dismissed:* 02/17/2026
*341 meeting:* 01/05/2026
*Deadline for filing claims:* 04/06/2026
*Deadline for filing claims (govt.):* 06/01/2026

*Debtor disposition:* Dismissed for Other Reason

**Debtor**
**Apperson Crump PLC**
6000 Poplar Ave
Suite 150
Memphis, TN 38119
SHELBY-TN
Tax ID / EIN: 62-0292839

represented by **C. Jerome Teel, Jr.**
Teel & Gay, PLC
79 Stonebridge Blvd.
Ste B
Jackson, TN 38305
731-424-3315
Fax : 731-424-3501
Email: bankruptcy@tennesseefirm.com

**U.S. Trustee**
**U.S. Trustee**
Office of the U.S. Trustee
One Memphis Place
200 Jefferson Avenue, Suite 400
Memphis, TN 38103

represented by **Carrie Ann Rohrscheib**
Office of the United States Trustee
200 Jefferson Ave., Ste. 400
Memphis, TN 38103
901-544-3251
Fax : 901-544-4138
Email: carrie.a.rohrscheib@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 12/01/2025 | 1 (53 pgs) | Chapter 11 Voluntary Petition Non-Individual. Filing Fee Due $1738, Filed by Apperson Crump PLC<br><br>Chapter 11 Plan due by 03/31/2026.<br>Disclosure Statement due by 03/31/2026.<br><br>(Teel, C.) (Entered: 12/01/2025) |
| 12/01/2025 | | Matrix Filed by C. Jerome Teel Jr. on behalf of Debtor Apperson Crump PLC. (Teel, C.) (Entered: 12/01/2025) |
| 12/01/2025 | | Receipt of Voluntary Petition (Chapter 11)( 25-11660) [misc,volp11a] (1738.00) filing fee. Receipt number A43503523, amount $1738.00. (U.S. Treasury) (Entered: 12/01/2025) |
| 12/01/2025 | 2 (1 pg) | Business Income and Expenses Filed by C. Jerome Teel Jr. on behalf of Debtor Apperson Crump PLC. (Teel, C.) (Entered: 12/01/2025) |

| | | |
|---|---|---|
| 12/01/2025 | 3 (5 pgs; 2 docs) | Application to Employ C Jerome Teel Jr as Attorney **Filed by C. Jerome Teel Jr. on behalf of Apperson Crump PLC** (Attachments: # 1 Affidavit Affidavit) (Teel, C.) (Entered: 12/01/2025) |
| 12/01/2025 | 4 (1 pg) | Budget Of Estimated Costs Of Case Administration Filed by C. Jerome Teel Jr. on behalf of Debtor Apperson Crump PLC. (Teel, C.) (Entered: 12/01/2025) |
| 12/01/2025 | 5 (1 pg) | Notice of Appearance and Request for Notice Filed by Carrie Ann Rohrscheib on behalf of U.S. Trustee. (Rohrscheib, Carrie Ann) (Entered: 12/01/2025) |
| 12/01/2025 | 6 (8 pgs; 3 docs) | Motion to Use Cash Collateral **Filed by C. Jerome Teel Jr. on behalf of Apperson Crump PLC** (Attachments: # 1 Exhibit A # 2 Exhibit B) (Teel, C.) (Entered: 12/01/2025) |
| 12/01/2025 | 7 (2 pgs) | Motion To Shorten Time for Notice of Hearing; **Filed by C. Jerome Teel Jr. on behalf of Apperson Crump PLC** (Teel, C.) (Entered: 12/01/2025) |
| 12/02/2025 | 8 (1 pg) | Notice Of Hearing; (related document(s)3 Application to Employ C Jerome Teel Jr as Attorney **Filed by C. Jerome Teel Jr. on behalf of Apperson Crump PLC** (Attachments: # 1 Affidavit Affidavit) (Teel, C.)) Hearing scheduled 1/8/2026 at 09:30 AM, Room 342, Jackson, TN. Bar Date For Objections - 12/30/2025. (dap) (Entered: 12/02/2025) |
| 12/02/2025 | 9 (1 pg) | Notice Of PRELIMINARY Hearing; (related document(s)6 Motion to Use Cash Collateral **Filed by C. Jerome Teel Jr. on behalf of Apperson Crump PLC** (Attachments: # 1 Exhibit A # 2 Exhibit B) (Teel, C.)) Preliminary Hearing scheduled 12/11/2025 at 09:30 AM, Room 342, Jackson, TN. (dap) (Entered: 12/02/2025) |
| 12/02/2025 | 10 | As required by 28 U.S.C. Section 586(a), the United States Trustee provides notice that the Initial Debtor Interview will be held on December 8, 2025 at 2:00 p.m.. (Rohrscheib, Carrie Ann) (Entered: 12/02/2025) |
| 12/02/2025 | | Notice By The U.S. Trustee Setting The Meeting Of Creditors. Section 341 Meeting has been set on 1/5/2026 at 02:00 PM at via telephonic or video conference. (Rohrscheib, Carrie Ann) (Entered: 12/02/2025) |
| 12/02/2025 | 11 (1 pg) | Notice *of 11 U.S.C. Section 341 Meeting of Creditors Video Conference or Telephonic Conference Option* Filed by Carrie Ann Rohrscheib on behalf of U.S. Trustee. (Rohrscheib, Carrie Ann) (Entered: 12/02/2025) |
| 12/03/2025 | 12 (2 pgs) | Meeting of Creditors 341(a) meeting to be held on 1/5/2026 at 02:00 PM via by telephone or videoconference. Proof of Claims due by 4/6/2026. Government Proof of Claims due by 6/1/2026. (mjb) (Entered: 12/03/2025) |
| 12/03/2025 | 13 (2 pgs) | Order And Notice Of Case Management Conference Combined with Related Orders and Notice of the Entry Thereof Status hearing to be held on 12/11/2025 at 09:30 AM Room 342, Jackson, TN. (mjb) (Entered: 12/03/2025) |

| | | |
|---|---|---|
| 12/04/2025 | 14 (1 pg) | Notice of Appearance and Request for Notice Filed by Bertis Echols on behalf of Poplar Corridor Investments, LLC. (Echols, Bertis) (Entered: 12/04/2025) |
| 12/04/2025 | 15 (1 pg) | Notice of Appearance and Request for Notice Filed by Brandon McNary on behalf of Adan Tech, LLC. (McNary, Brandon) (Entered: 12/04/2025) |
| 12/04/2025 | 16 (2 pgs) | BNC Certificate of Mailing (related document(s)8 Notice Of Hearing) Notice Date 12/04/2025. (Admin.) (Entered: 12/04/2025) |
| 12/04/2025 | 17 (4 pgs) | BNC Certificate of Mailing (related document(s)9 Notice Of Hearing) Notice Date 12/04/2025. (Admin.) (Entered: 12/04/2025) |
| 12/05/2025 | 18 (1 pg) | Notice of Appearance and Request for Notice Filed by Marianna Williams on behalf of Bruce M. Smith. (Williams, Marianna) (Entered: 12/05/2025) |
| 12/05/2025 | 19 (6 pgs) | BNC Certificate of Mailing - Meeting of Creditors (related document(s)12 Meeting of Creditors Chapter 11) Notice Date 12/05/2025. (Admin.) (Entered: 12/05/2025) |
| 12/05/2025 | 20 (5 pgs) | BNC Certificate of Mailing (related document(s)13 Order And Notice Of Case Management Conference (initial order on ch11 cases)) Notice Date 12/05/2025. (Admin.) (Entered: 12/05/2025) |
| 12/10/2025 | 21 (1 pg) | Notice of Appearance and Request for Notice Filed by Wendy Geurin Smith on behalf of BankTennessee. (Smith, Wendy) (Entered: 12/10/2025) |
| 12/11/2025 | | Minutes; Disposition: GRANTED. INTERIM ORDER To Be Prepared by Jerome Teel (related document(s)6 Motion to Use Cash Collateral **Filed by C. Jerome Teel Jr. on behalf of Apperson Crump PLC** (Attachments: # 1 Exhibit A # 2 Exhibit B) (Teel, C.)) Order due by 12/29/2025. (dap) (Entered: 12/11/2025) |
| 12/11/2025 | 22 (1 pg) | Notice Of Hearing; (related document(s)6 Motion to Use Cash Collateral **Filed by C. Jerome Teel Jr. on behalf of Apperson Crump PLC** (Attachments: # 1 Exhibit A # 2 Exhibit B) (Teel, C.)) Hearing scheduled 1/8/2026 at 09:30 AM, Room 342, Jackson, TN. Bar Date For Objections - 12/30/2025. (dap) (Entered: 12/11/2025) |
| 12/11/2025 | | Minutes; Disposition: CONDUCTED. Order To Be Prepared by the Court (related document(s)13 Order And Notice Of Case Management Conference Combined with Related Orders and Notice of the Entry Thereof.) (dap) (Entered: 12/11/2025) |
| 12/13/2025 | 23 (5 pgs) | BNC Certificate of Mailing (related document(s)22 Notice Of Hearing) Notice Date 12/13/2025. (Admin.) (Entered: 12/13/2025) |
| 12/15/2025 | 24 (2 pgs) | Case Management Order (mjb) (Entered: 12/15/2025) |
| 12/15/2025 | 25 (6 pgs; 2 docs) | Notice of Required Filing Fee and/or Deficient Filing. Issued to Jerome Teel, Jr., Re: Agreed Interim Order Authorizing The Use Of Cash Collateral Pursuant To U.S.C. Section 363, Due to: ATTACHMENTS SHOULD NOT BE SUBMITTED WITH THE ORDER; THE |

| | | |
|---|---|---|
| | | DOCUMENT NUMBER IN THE PDF IS BLANK AND ORDER DOES NOT INCLUDE A SERVICE LIST;. (mjb) (Entered: 12/15/2025) |
| 12/15/2025 | 26 (2 pgs) | Notice of Appearance and Request for Notice Filed by R. Lee Webber on behalf of Guaranty Bank and Trust Company. (Webber, R.) (Entered: 12/15/2025) |
| 12/16/2025 | 27 (2 pgs) | Notice of Appearance and Request for Notice Filed by Ronald G. Steen Jr. on behalf of Simmons Bank. (Steen, Ronald) (Entered: 12/16/2025) |
| 12/17/2025 | 28 (5 pgs) | Agreed Interim Order Authorizing The Use Of Cash Collateral Pursuant To 11 U.S.C. Section 363 (related document(s):6 Motion to Use Cash Collateral) (mjb) (Entered: 12/17/2025) |
| 12/17/2025 | 29 (5 pgs) | THIS ENTRY HAS BEEN VOIDED; A PLAN HAS NOT BEEN FILED IN THIS CASE AND TITLE AND BODY THE DOCUMENT DO NOT MATCH; Objection To Confirmation Of Chapter 11 Plan Filed by Creditor Randel Edward Page Jr. (mjb) Modified on 12/17/2025 (mjb). (Entered: 12/17/2025) |
| 12/17/2025 | 30 (2 pgs; 2 docs) | Notice of Required Filing Fee and/or Deficient Filing. Issued to Randel Edward Page Jr., Due to: A PLAN HAS NOT BEEN FILED IN THIS CASE AND TITLE AND BODY THE DOCUMENT DO NOT MATCH. (related document(s)29 Objection To Confirmation Of Chapter 11 Plan Filed by Creditor Randel Edward Page Jr. (mjb) (Entered: 12/17/2025) |
| 12/17/2025 | 31 (6 pgs) | BNC Certificate of Mailing (related document(s)24 Case Management Order) Notice Date 12/17/2025. (Admin.) (Entered: 12/17/2025) |
| 12/19/2025 | 32 (3 pgs) | BNC Certificate of Mailing (related document(s)30 Filing Deficiency Notice) Notice Date 12/19/2025. (Admin.) (Entered: 12/19/2025) |
| 12/19/2025 | 33 (9 pgs) | BNC Certificate of Mailing (related document(s)28 Interim Order) Notice Date 12/19/2025. (Admin.) (Entered: 12/19/2025) |
| 12/19/2025 | 34 (3 pgs) | BNC Certificate of Mailing (related document(s)30 Filing Deficiency Notice) Notice Date 12/19/2025. (Admin.) (Entered: 12/19/2025) |
| 12/26/2025 | 35 (2 pgs) | Request for Notice Filed by First Citizens Bank & Trust Company. (Masterson, Garry) (Entered: 12/26/2025) |
| 12/30/2025 | 36 (1 pg) | Notice of Appearance and Request for Notice Filed by Brian Jordan on behalf of Wilmington Savings Fund Society. FSB, not in its individual capacity but solely as Owner Trustee for the FLIC Residential Mortgage Loan Trust 1. (Jordan, Brian) (Entered: 12/30/2025) |
| 01/05/2026 | 37 (3 pgs; 2 docs) | Notice of Required Filing Fee and/or Deficient Filing. Issued to Randel Edward Page, Jr., Re: Adversary Cover Sheet, Due to: a Complaint is required to file an Adversary Proceeding. (srb) (Entered: 01/05/2026) |
| 01/05/2026 | 38 (3 pgs; 2 docs) | Notification Of Deficient Claim RE: Claim 4 Filed By Randel Edward Page Jr. due to incorrect claim form submitted. (srb) (Entered: 01/05/2026) |

| Date | Doc # | Description |
|---|---|---|
| 01/05/2026 | 39 | The United States Trustee reports that the Meeting of Creditors required under 11 U.S.C. Section 341 has been held and conducted as scheduled. (Rohrscheib, Carrie Ann) (Entered: 01/05/2026) |
| 01/05/2026 | 40 | The United States Trustee reports that at this time, despite diligent efforts to contact eligible holders of unsecured claims, there has not been sufficient willingness to serve on a committee of unsecured creditors in this case. Accordingly, the United States Trustee is unable to appoint a committee pursuant to 11 U.S.C. Section 1102(a) at this time. (Rohrscheib, Carrie Ann) (Entered: 01/05/2026) |
| 01/07/2026 | 41 (3 pgs) | BNC Certificate of Mailing (related document(s)38 Notice Of Deficient Claim) Notice Date 01/07/2026. (Admin.) (Entered: 01/07/2026) |
| 01/07/2026 | 42 (3 pgs) | BNC Certificate of Mailing (related document(s)37 Filing Deficiency Notice) Notice Date 01/07/2026. (Admin.) (Entered: 01/07/2026) |
| 01/07/2026 | 43 (4 pgs) | BNC Certificate of Mailing (related document(s)37 Filing Deficiency Notice) Notice Date 01/07/2026. (Admin.) (Entered: 01/07/2026) |
| 01/07/2026 | 44 (4 pgs) | BNC Certificate of Mailing (related document(s)38 Notice Of Deficient Claim) Notice Date 01/07/2026. (Admin.) (Entered: 01/07/2026) |
| 01/08/2026 | | Minutes; Disposition: GRANTED. Order to be prepared by Jerome Teel. (related document(s)3 Application to Employ C Jerome Teel Jr as Attorney Filed by C. Jerome Teel Jr. on behalf of Apperson Crump PLC (Attachments: # 1 Affidavit Affidavit) (Teel, C.)). Order due by 1/22/2026. (mjb) Auto-docketed(CPA) (Entered: 01/08/2026) |
| 01/12/2026 | 45 (2 pgs) | Order Approving Application to Employ Attorney (Related Doc # 3) (ana) (Entered: 01/12/2026) |
| 01/14/2026 | 46 (6 pgs) | BNC Certificate of Mailing (related document(s)45 Order on Application to Employ) Notice Date 01/14/2026. (Admin.) (Entered: 01/15/2026) |
| 01/15/2026 | 47 (72 pgs; 8 docs) | Motion to Abandon , Motion for Relief from Stay in RE: Loan Agreements Filing Fee Due $199 **Filed by Austin McMullen on behalf of Advocate Capital, Inc.** (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit Proposed Order # 7 Exhibit Mailing Matrix) (McMullen, Austin) (Entered: 01/15/2026) |
| 01/15/2026 | | Receipt of Motion for Relief From Stay( 25-11660) [motion,mrlfsty] ( 199.00) filing fee. Receipt number A43675052, amount $ 199.00. (U.S. Treasury) (Entered: 01/15/2026) |
| 01/15/2026 | | Minutes; Disposition: GRANTED. INTERIM Order To Be Prepared by Jerome Teel (related document(s)6 Motion to Use Cash Collateral **Filed by C. Jerome Teel Jr. on behalf of Apperson Crump PLC** (Attachments: # 1 Exhibit A # 2 Exhibit B) (Teel, C.)) Order due by 1/29/2026. (mjb) (Entered: 01/15/2026) |

| | | |
|---|---|---|
| 01/15/2026 | | Notice Of Continuance (related document(s)<u>6</u> Motion to Use Cash Collateral **Filed by C. Jerome Teel Jr. on behalf of Apperson Crump PLC** (Attachments: # 1 Exhibit A # 2 Exhibit B) (Teel, C.)) Hearing scheduled 1/22/2026 at 09:30 AM, Room 342, Jackson, TN. (mjb) (Entered: 01/15/2026) |
| 01/15/2026 | <u>48</u><br>(2 pgs) | Second Interim Order Authorizing The Use Of Cash Collateral Pursuant To 11 U.S.C. Section 363 (related document(s):<u>6</u> Motion to Use Cash Collateral) (mjb) (Entered: 01/15/2026) |
| 01/16/2026 | <u>49</u><br>(1 pg) | Notice Of Hearing; (related document(s)<u>47</u> Motion to Abandon , Motion for Relief from Stay in RE: Loan Agreements **Filed by Austin McMullen on behalf of Advocate Capital, Inc.** (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit Proposed Order # 7 Exhibit Mailing Matrix)) Hearing scheduled 2/5/2026 at 09:30 AM, Room 342, Jackson, TN. Bar Date For Objections - 2/3/2026. (mjb) (Entered: 01/16/2026) |
| 01/17/2026 | <u>50</u><br>(6 pgs) | BNC Certificate of Mailing (related document(s)<u>48</u> Interim Order) Notice Date 01/17/2026. (Admin.) (Entered: 01/17/2026) |
| 01/18/2026 | <u>51</u><br>(5 pgs) | BNC Certificate of Mailing (related document(s)<u>49</u> Notice Of Hearing) Notice Date 01/18/2026. (Admin.) (Entered: 01/18/2026) |
| 01/20/2026 | <u>52</u><br>(6 pgs; 2 docs) | Certificate Of Service Filed by Austin McMullen on behalf of Movant Advocate Capital, Inc. (related document(s)<u>49</u> Notice Of Hearing). (Attachments: # <u>1</u> Exhibit Mailing List) (McMullen, Austin) (Entered: 01/20/2026) |
| 01/20/2026 | <u>53</u><br>(5 pgs) | Motion to Dismiss Case , or in the alternative Motion to Convert Chapter 11 Case to Chapter 7 , **Filed by Carrie Ann Rohrscheib on behalf of U.S. Trustee** (Rohrscheib, Carrie Ann) (Entered: 01/20/2026) |
| 01/21/2026 | <u>54</u><br>(3 pgs) | Consent Order Granting Relief from Stay In RE: any available insurance coverage Filed by C. Jerome Teel Jr. on behalf of Debtor Apperson Crump PLC (srb) (Entered: 01/21/2026) |
| 01/22/2026 | | Minutes; Disposition: GRANTED. Order to be prepared by Jerome Teel. (related document(s)<u>6</u> Motion to Use Cash Collateral Filed by C. Jerome Teel Jr. on behalf of Apperson Crump PLC (Attachments: # 1 Exhibit A # 2 Exhibit B) (Teel, C.)). Order due by 2/5/2026. (mjb ) Auto-docketed(CPA) (Entered: 01/22/2026) |
| 01/23/2026 | <u>55</u><br>(1 pg) | Notice Of Hearing; (related document(s)<u>53</u> Motion to Dismiss Case , or in the alternative Motion to Convert Chapter 11 Case to Chapter 7 , **Filed by Carrie Ann Rohrscheib on behalf of U.S. Trustee** (Rohrscheib, Carrie Ann)) Hearing scheduled 2/19/2026 at 09:30 AM, Room 342, Jackson, TN. Bar Date For Objections - 2/10/2026. (mjb) (Entered: 01/23/2026) |
| 01/23/2026 | <u>56</u><br>(7 pgs) | BNC Certificate of Mailing (related document(s)<u>54</u> Agreed / Consent Order) Notice Date 01/23/2026. (Admin.) (Entered: 01/24/2026) |
| 01/25/2026 | <u>57</u><br>(5 pgs) | BNC Certificate of Mailing (related document(s)<u>55</u> Notice Of Hearing) Notice Date 01/25/2026. (Admin.) (Entered: 01/25/2026) |

| | | |
|---|---|---|
| 01/28/2026 | 58 (2 pgs) | Consent Order Rejecting And Terminating Lease With Poplar Corridor Investments, LLC Assignee Of Highwoods Realty Limited Partnership Filed by Bertis Echols on behalf of Creditor Poplar Corridor Investments, LLC (mjb) (Entered: 01/28/2026) |
| 01/30/2026 | 59 (7 pgs) | BNC Certificate of Mailing (related document(s)58 Agreed / Consent Order) Notice Date 01/30/2026. (Admin.) (Entered: 01/30/2026) |
| 02/03/2026 | 60 (2 pgs) | Final Order Granting Motion To Use Cash Collateral (Related Doc # 6) (srb) (Entered: 02/03/2026) |
| 02/04/2026 | 61 (9 pgs; 3 docs) | Certificate Of Compliance With Local Bankruptcy Rule 9013-1 Filed by Austin McMullen on behalf of Creditor Advocate Capital, Inc. (related document(s)47 Motion to Abandon , Motion for Relief from Stay in RE: Loan Agreements Filing Fee Due $199). (Attachments: # 1 Proposed Order # 2 Exhibit Mailing List) (McMullen, Austin) (Entered: 02/04/2026) |
| 02/05/2026 | 62 (32 pgs) | Proof of Claim Attachment (Claim # 4-2) Filed by Creditor Randel Edward Page Jr. . (mjb) (Entered: 02/05/2026) |
| 02/05/2026 | | Minutes; Disposition: GRANTED WITHOUT OPPOSITION. Order to be prepared by Austin McMullen. (related document(s)47 Motion to Abandon , Motion for Relief from Stay in RE: Loan Agreements Filed by Austin McMullen on behalf of Advocate Capital, Inc. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit Proposed Order # 7 Exhibit Mailing Matrix)). Order due by 2/19/2026. (mjb ) Auto-docketed(CPA) (Entered: 02/05/2026) |
| 02/05/2026 | 63 (7 pgs) | BNC Certificate of Mailing (related document(s)60 Order on Motion to Use Cash Collateral) Notice Date 02/05/2026. (Admin.) (Entered: 02/05/2026) |
| 02/06/2026 | 64 (3 pgs; 2 docs) | Notice of Required Filing Fee and/or Deficient Filing. Issued to Austin L. McMullen, Re: Order Granting Relief From Stay And Abandonment, Due to: Order Does Not List The Collateral In The Body Of The Order. (mjb) (Entered: 02/06/2026) |
| 02/10/2026 | 65 (2 pgs) | Order Granting Motion To Abandon (Related Doc # 47), Granting Motion For Relief From Stay in RE: Loan Agreements (Related Doc # 47) (mjb) (Entered: 02/10/2026) |
| 02/12/2026 | 66 (1 pg) | Certificate Of Compliance With Local Bankruptcy Rule 9013-1 Filed by Carrie Ann Rohrscheib on behalf of U.S. Trustee U.S. Trustee (related document(s)53 Motion to Dismiss Case , Motion to Convert Chapter 11 Case to Chapter 7 ,). (Rohrscheib, Carrie Ann) (Entered: 02/12/2026) |
| 02/12/2026 | 67 (4 pgs) | BNC Certificate of Mailing (related document(s)65 Order on Motion to Abandon) Notice Date 02/12/2026. (Admin.) (Entered: 02/12/2026) |
| 02/13/2026 | 68 (5 pgs) | Response to United States Trustee's Motion To Dismiss Or Convert Case And Request For Trustee Investigation (related document(s): 53 Motion to Dismiss Case filed by U.S. Trustee U.S. Trustee, Motion to Convert Chapter 11 Case to Chapter 7 ,) Filed by Creditor Randel Edward Page Jr. (mjb) (Entered: 02/13/2026) |

| | | |
|---|---|---|
| 02/17/2026 | | Update Hearing Deadlines (related document(s)68 Response to United States Trustee's Motion To Dismiss Or Convert Case And Request For Trustee Investigation (related document(s): 53 Motion to Dismiss Case filed by U.S. Trustee U.S. Trustee, Motion to Convert Chapter 11 Case to Chapter 7 ,) Filed by Creditor Randel Edward Page Jr. (mjb)) Hearing scheduled 2/19/2026 at 09:30 AM, Room 342, Jackson, TN. (mjb) (Entered: 02/17/2026) |
| 02/17/2026 | 69 (3 pgs; 2 docs) | Order Granting United States Trustee's Motion to Dismiss Case Pursuant To 11 U.S.C. Section 1112(b) And Notice of Entry Thereof (Related Doc # 53), Mooting Motion to Convert Chapter 11 Case to Chapter 7 (Related Doc # 53) (mjb) (Entered: 02/17/2026) |
| 02/19/2026 | 70 (6 pgs) | BNC Certificate of Mailing (related document(s)69 Order on Motion to Dismiss Case) Notice Date 02/19/2026. (Admin.) (Entered: 02/20/2026) |
| 02/19/2026 | 71 (7 pgs) | BNC Certificate of Mailing (related document(s)69 Order on Motion to Dismiss Case) Notice Date 02/19/2026. (Admin.) (Entered: 02/20/2026) |
| 02/25/2026 | 72 (13 pgs) | Motion To Proceed In Forma Pauperis On Appeal And For Waiver Of Filing Fees **Filed by Randel Edward Page Jr.** (jns) (Entered: 02/25/2026) |
| 02/25/2026 | 73 (6 pgs) | Notice of Appeal and Statement of Election to District Court. Filing Fee Due $298 Filed by Creditor Randel Edward Page Jr. (related document(s)69 Order on Motion to Dismiss Case, Order on Motion to Convert Ch 11 Case to Ch 7). Appellant Designation due by 3/11/2026. (jns) (Entered: 02/25/2026) |
| 02/25/2026 | 74 (1 pg) | Deficiency Notice Re: Appeal. Issued to Randel Edward Page, Jr. (jns) (Entered: 02/25/2026) |
| 02/25/2026 | 75 (7 pgs; 2 docs) | Notice Of Referral Of Appeal To District Court (related document(s)73 Notice Of Appeal and Statement of Election) (jns) (Entered: 02/25/2026) |