Case: **1:26–cv–01037**
Assigned To : **Breen, J. Daniel**
Referral Judge: **York, Jon A.**
Assign. Date : **2/25/2026**
Description: **Page v. Apperson Crump, PC United States Trustee**

1