```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                       WESTERN DIVISION
```

Randel Edward Page, Jr.

v.                 Appellant,

Apperson Crump, PLC;              CIVIL NO. 1:26cv1037 JDB/jay

United States Trustee,

Region 8
    Appellee.  Bankruptcy No.

                   25-11660

                ORDER SETTING SCHEDULING IN
                     BANKRUPTCY APPEAL

     The above-referenced matter was docketed in this court on 27th day of February, 2026. Pursuant to Bankruptcy Rule 8009(a), the following schedule shall be followed:

   1.   The appellant shall serve and file a brief within
        15 days of the entry of this Order.

   2.   The appellee shall serve and file a response brief
        within 15 days of the service of appellant's brief.
        If a cross-appeal is filed, the brief on the
        cross-appeal shall contain the issues and arguments
        pertinent to the cross-appeal and be so designated.

   3.   The appellant may serve and file a reply brief
        within 10 days of the service of appellee's brief.

   4.   If appellee has filed a cross-appeal, the appellee
        may file and serve a reply brief to appellant's
        response within 10 days after the service of the
        reply brief of the appellant.


No further briefs shall be filed without leave of Court.

         Entered this 27th day of February, 2026.

Wendy R. Oliver,
CLERK OF COURT


BY:  s/ S. Chernenko
     Deputy Clerk