IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

RANDEL EDWARD PAGE, JR.,

    Appellant,

v.                                                                 No. 1:26-cv-01037-JDB-jay

APPERSON CRUMP, PLC, and
UNITED STATES TRUSTEE, REGION 8,

    Appellants.

---

ORDER OF REFERENCE

---

This case is hereby referred to the United States Magistrate Judge for all matters, including report and recommendation. Any objections to the magistrate judge's report and recommendation and/or order shall be made within fourteen days after service of the report and recommendation and/or order, setting forth particularly those portions of the report and recommendation and/or order objected to and the reasons for the objections. *See* Fed. R. Civ. P. 72.

IT IS SO ORDERED this 4th day of March 2026.

                                                                                        s/ J. DANIEL BREEN
                                                                                        UNITED STATES DISTRICT JUDGE