**Civil Case Reassignment/Recusal (Direct)**

**Case 1:26-cv-01037 has been directly reassigned to:
presiding Judge Jon A. York from deck Civil - Jackson**

**Reassign another case (Direct)?**

**Process Assignment Labels**