# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
### Western District of Tennessee

| | |
|---|---|
| **In re** | **Case No.** 25–11660 |
| | **Chapter** 11 |
| **Apperson Crump PLC** | **BK Judge** Jimmy L Croom |
| | |
| | **Adversary No.** |
| **Debtor(s).** | |
| | **Business** |
| | |
| | **USDC Case No.** 26–01037 |
| **Randel Edward Page, Jr.** | |
| **Appellant(s)** | |
| | |
| **vs.** | |
| | |
| **Apperson Crump, PC** | |
| **United States Trustee** | |
| **Appellee(s).** | |

### NOTICE OF TRANSMITTAL TO THE UNITED STATES DISTRICT COURT OF MISCELLANEOUS ITEMS RELATED TO APPEAL

**TO: Clerk of the U.S. District Court for the Western District of Tennessee**

The following items are available from the U.S. Bankruptcy Court docket sheet in .PDF form at https://ecf.tnwb.uscourts.gov.

☐ Motion (or Order thereon) to waive filing fee on appeal.

☐ Appellee(s)' election to have appeal heard in District Court erroneously filed with this court on .

☐ Order dismissing bankruptcy case.
See, *Case Management Manual for United States Bankruptcy Judges,* 1995 Chapter IV, Section B: The Pretrial Phase(b) –
"...dismissal of the underlying case may warrant the dismissal of an appeal..."

☒ Motion To Stay Appellate Proceedings

 

**Travis D. Green, Clerk of Court**
**United Sates Bankruptcy Court**

**Date:  March 4, 2026**                                  **BY:  /s/ April Avent**
                                                          _____
**cc:**                                                   **Deputy Clerk**
**matrix**                                                **(731) 421–9300**
                                                          **111 S Highland, Room 107**
                                                          **Jackson, TN 38301**

[ntctrnsa]Notice of Transmittal BAP 07–05