IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| IN RE: )<br>    APPERSON CRUMP, PLC )<br>)<br>*Debtor.* )<br>_____ )<br>RANDEL EDWARD PAGE, JR. )<br>)<br>*Appellant* )<br>)<br>v. )     Case No. 1:26-cv-01037-JDB-jay<br>)<br>APPERSON CRUMP, PLC )<br>)<br>PAUL A. RANDOLPH, )<br>ACTING U.S. TRUSTEE REGION 8, )<br>)<br>*Appellee.* ) | |

*Appeal from the United States Bankruptcy
Court for the Western District of Tennessee,
Case No. 25-11660*

---

### NOTICE OF APPEARANCE

---

    I, Carrie Ann Rohrscheib, enter my appearance in this appeal as counsel for the appellee, Paul A. Randolph, Acting United States Trustee, Region 8.

                                        Respectfully submitted,

                                        /s/Carrie Ann Rohrscheib
                                        Carrie Ann Rohrscheib (TN 022991)
                                        Trial Attorney
                                        Office of the U.S. Trustee, Region 8
                                        U.S. Department of Justice
                                        200 Jefferson Ave., Suite 400
                                        Memphis, TN 38103
                                        Carrie.A.Rohrscheib@usdoj.gov
                                        Tel: (901) 544-3303
                                        Fax: (901) 544-4138

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the Notice of Appearance was served upon the parties listed below by electronic mail and first-class mail on March 6, 2026.

/s/Carrie Ann Rohrscheib  
Carrie Ann Rohrscheib (TN 022991)  
Trial Attorney

Randel Edward Page, Jr.  
3504 Milford Cove  
Collierville, Tennessee 38017  
randelpage@gmail.com  
Tel: (901) 351-6060

C. Jerome Teel, Jr.  
Attorney for Apperson Crump, PLC  
Teel & Gay, PLC  
79 Stonebridge Blvd., Suite B  
Jackson, TN 38305  
Phone: (731) 424-3315  
Jerome@tennesseefirm.com