IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

RANDEL EDWARD PAGE, JR.,

    Appellant,

v.                                                          No. 1:26-cv-01037-JDB-jay

APPERSON CRUMP, PLC, and,
UNITED STATES TRUSTEE, REGION 8,

    Appellees.

ORDER GRANTING MOTION TO EXTEND DEADLINE

        Before the Court is Plaintiff Randel Edward Page, Jr.'s Motion to Stay Appellate Proceedings Pending Bankruptcy Court's Resolution of FRBP 9024/Rule 60(b) Motion for Relief from Dismissal ("Motion to Stay"), (Docket Entry [D.E.] 6), and his Motion to Stay Briefing Schedule Pending Ruling on Motion for Mandatory Withdrawal of Reference Pursuant to 28 U.S.C. § 157(d) and Motion for Extension of Briefing Schedule ("Emergency Motion"), (D.E. 9). Plaintiff requests that this Court, *inter alia*, extend the deadline for Plaintiff to serve and file his opening brief to April 13, 2026. (D.E. 6 at 9; D.E. 9 at 8–9). The Court finds that good cause exists to **GRANT** the Motion to Stay and the Emergency Motion on the grounds of extending the briefing deadlines. The Court declines to rule on any of the other requests for relief outlined in either of Plaintiff's motions at this time. Therefore, the following schedule shall be followed:

    1.   The appellant shall serve and file a brief by April 13, 2026.

2. The appellees shall serve and file a response brief within 15 days of the service of appellant's brief. If a cross-appeal is filed, the brief on the cross-appeals shall contain the issues and arguments pertinent to the cross-appeal and be so designated.

3. The appellant may serve and file a reply brief within 10 days of the service of appellee's brief.

4. If appellee has filed a cross-appeal, the appellee may file and serve a reply brief to appellant's response within 10 days after the service of the reply brief of the appellant.

No further briefs shall be filed without leave of Court.

**IT IS SO ORDERED**, this the 9th day of March, 2026.

s/Jon A. York
United States Magistrate Judge

**NOTICE:**

**IF DESIRED, AN APPEAL OF THIS ORDER TO THE PRESIDING DISTRICT COURT JUDGE MUST BE FILED WITHIN FOURTEEN (14) DAYS OF THE SERVICE OF A COPY OF THIS ORDER.** *SEE* **28 U.S.C. § 636(b)(1)(C); LOCAL RULE 72(g)(2). FAILURE TO OBJECT WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER AND/OR FORFEITURE OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**