IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
|     APPERSON CRUMP, PLC ) | |
| ) | |
| *Debtor.* ) | |
| _____) | |
| RANDEL EDWARD PAGE, JR. ) | |
| ) | |
| *Appellant,* ) | |
| ) | |
| v. ) | Case No. 1:26-cv-01037-JDB-jay |
| ) | |
| APPERSON CRUMP, PLC, *and* ) | |
| ) | |
| PAUL A. RANDOLPH, ) | |
| ACTING U.S. TRUSTEE REGION 8, ) | |
| ) | |
| *Appellees.* ) | |

*Appeal from the United States Bankruptcy
Court for the Western District of Tennessee,
Case No. 25-11660*

___

**MOTION FOR EXTENSION OF TIME TO FILE BRIEF**
___

    COMES NOW, Appellee, Paul A. Randolph, Acting United States Trustee Region 8 ("United States Trustee"), and hereby move this court for an extension of time to file a response brief in this matter pursuant to Local Rule 83.1(c), incorporating Sixth Circuit BAP Local Bankruptcy Rule 8014 – 1(e).  The United States Trustee requests that he be granted 30 days from the filing of the appellant's brief to file his response brief, an extension of 15 days.  In support of this Motion the United States Trustee states as follows:

    1.    These proceedings were commenced on February 25, 2026, when Mr. Page, the Appellant, filed a notice of appeal of the bankruptcy court's Order Granting United State Trustee's

Motion to Dismiss or Convert Case Pursuant to 11 U.S.C. § 1112(b) and Dismissing Debtor's Chapter 11 Case entered on February 17, 2026. (Bankr. Dkt. 73.)[1]

2. Pursuant to Federal Rule of Bankruptcy Procedure 8009, Mr. Page's designation of record and statement of issues is due 14 days thereafter, on March 11, 2026. The United States Trustee may designate additional items to be included in the record within 14 days after being served with Mr. Page's designations and statement of the issues.

3. On February 27, 2026, this Court issued its Order Setting Briefing Schedule in Bankruptcy Appeal in this case setting 15 days from the entry of the Order as the deadline for the Appellant to file his opening brief, and Appellee's responsive brief being due 15 days after service of the Appellant's brief. (Dist. Dkt. 3.)

4. On March 4, 2026, counsel for the United States Trustee reached out to C. Jerome Teel, Jr. counsel for Apperson Crump via email to determine if he would join in a motion to extend the time for parties to file briefs to allow each party to have 30 days to file a brief. Mr. Teel responded via email on March 4, 2026, that Apperson Crump did not intend to participate in the appeal, and thus, he raised no objection to the proposed extension.

5. On March 4, 2026, counsel for the United States Trustee reached out to Mr. Page via email to determine if he would join in a motion to extend the time for parties to file briefs to allow each party to have 30 days to file a brief. Counsel for the United States Trustee provided Mr. Page with a joint motion and proposed order to extend the briefing deadlines for 30 days from the

---

[1] References to "Bankr. Dkt. ___," refer to documents filed in the bankruptcy case of *In re Apperson Crump, PLC*, No. 25-11660 (Bankr. W.D. Tenn.).

date of the court's scheduling order.[2]  Counsel for the United States Trustee received no response to the March 4, 2026 email to Mr. Page.

6. On March 5, 2026 counsel for the United States Trustee called Mr. Page to follow up on the email and left a voicemail message requesting Mr. Page return the call.  Mr. Page has not returned the call.

7. On March 6, 2026, Mr. Page sent undersigned counsel a letter about this appeal.  The letter did not address the United States Trustee's request for Mr. Page's position on the requested briefing extension.

8. On March 4, 2026, and again on March 9, 2026, Mr. Page moved to stay this appeal or, in the alternative for an extension of time to file his opening brief.  (Dist. Dkts. 6 & 9.)  On March 9, this Court extended Mr. Page's deadline to file his opening brief to April 13, 2026.  (Dist. Dkt. 16.)  The United States Trustee's deadline to file a response brief remains 15 days after service of the opening brief.

9. Accordingly, the United States Trustee requests the time for filing Appellee's responsive brief be extended to 30 days from the date Mr. Page files his opening brief.  The United States Trustee has not previously moved for or received any prior extensions.  Under Federal Rule of Bankruptcy Procedure 8018, the default schedule in a bankruptcy appeal is for response briefs to be due 30 days after service of opening briefs.  Fed. R. Bankr. P. 8018(a)(2).  There is no reason this appeal must be expedited to require an earlier response.  Moreover, the requested extension will make the United States Trustee's deadline comparable to the extension Mr. Page has just received.

---

[2] Counsel for the United States Trustee is aware Mr. Page has referenced this email in pleadings, describing the proposed order as "a pre-signed magistrate order." (*E.g.*, Dist. Dkt. 7 p. 2.)  Mr. Page's description is mistaken.  The proposed order merely contained a standard signature block for the Judge to affix his electronic signature as contemplated by the Court's Electronic Case Filing (ECF) Policies & Procedures 4.1-4.3 for proposed orders.

WHEREFORE, based on the foregoing argument, Appellee, the United States Trustee, request an extension of time to file briefs setting Appellee's responsive briefing deadline to 30 days after the filing of the Appellant's brief.

Dated: March 10, 2026   Respectfully submitted,

>PAUL A. RANDOLPH
>ACTING UNITED STATES
>TRUSTEE FOR REGION 8
>
>/s/ Carrie Ann Rohrscheib (TN 022991)
>Carrie Ann Rohrscheib, Trial Attorney
>United States Department of Justice
>Office of the U.S. Trustee
>200 Jefferson Avenue, Suite 400
>Memphis, TN 38103
>(901) 544-3303
>Carrie.A.Rohrscheib@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Appearance was served upon the parties listed below by electronic mail and first-class mail on March 10, 2026.

>/s/Carrie Ann Rohrscheib
>Carrie Ann Rohrscheib (TN 022991)
>Trial Attorney

Randel Edward Page, Jr.
3504 Milford Cove
Collierville, Tennessee 38017
randelpage@gmail.com
Tel: (901) 351-6060

C. Jerome Teel, Jr.
Attorney for Apperson Crump, PLC
Teel & Gay, PLC
79 Stonebridge Blvd., Suite B
Jackson, TN 38305
Phone: (731) 424-3315
Jerome@tennesseefirm.com