IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
|     APPERSON CRUMP, PLC | ) |
| | ) |
| *Debtor.* | ) |
| | ) |
| RANDEL EDWARD PAGE, JR. | ) |
| | ) |
| *Appellant,* | ) |
| | ) |
| v. | )  Case No. 1:26-cv-01037-JDB-jay |
| | ) |
| APPERSON CRUMP, PLC, *and* | ) |
| | ) |
| PAUL A. RANDOLPH, | ) |
| ACTING U.S. TRUSTEE REGION 8, | ) |
| | ) |
| *Appellees.* | ) |

*Appeal from the United States Bankruptcy
Court for the Western District of Tennessee,
Case No. 25-11660*

---

## ORDER GRANTING APPELLEE'S MOTION FOR
## EXTENSION OF TIME TO FILE BRIEF

---

Before the Court is the Motion for Extension of Time to File Brief pursuant to Local Rule 83.1(c), incorporating Sixth Circuit BAP Local Bankruptcy Rule 8014 – 1(e), filed by Appellee, Paul A. Randolph, Acting U.S. Trustee, Region 8. For good cause shown, the instant Motion is **GRANTED**. Appellee's responsive brief is due **thirty (30) days** from the date of the filing of Appellant's opening brief.

    **IT IS SO ORDERED**

    **s/Jon A. York**
    UNITED STATES MAGISTRATE JUDGE

    Date: March 10, 2026