# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

UNITED STATES BANKRUPTCY COURT
WESTERN DIVISION
RECEIVED

MAR 12 2026

TRAVIS D. GREEN
CLERK OF COURT
WESTERN DISTRICT OF TENN.

In re: APPERSON CRUMP, PLC,

Debtor.

_____

RANDEL EDWARD PAGE, JR.,

Appellant,

v.                       Case No. 25-11660-JLC (Bankr.)

UNITED STATES TRUSTEE,         Appeal: Case No. 1:26-cv-01037-JDB-jay

Appellee.

_____

## NOTICE OF ADDITIONAL CONFLICT EVIDENCE:
## 2026 FBA MEMPHIS MID-SOUTH CHAPTER BOARD OF DIRECTORS CONFIRMS STRUCTURAL ORGANIZATIONAL CONFLICT REQUIRING DISQUALIFICATION OF MAGISTRATE JUDGE YORK AND U.S. TRUSTEE ROHRSCHEIB; BURCH PORTER & JOHNSON AS CO-CONSPIRATOR FIRM SITTING AS CHAPTER PRESIDENT

COMES NOW Randel Edward Page, Jr. ("Appellant"), pro se, and hereby files this Notice of Additional Conflict Evidence to supplement his previously filed Motion for Recusal of Magistrate Judge Jon A. York (filed March 9, 2026) and Motion to Disqualify U.S. Trustee Carrie Ann Rohrscheib (filed March 9, 2026), and states as follows:

### I. THE 2026 FBA MEMPHIS MID-SOUTH CHAPTER BOARD ROSTER

On March 12, 2026, Appellant obtained a true and correct copy of the 2026 Board Members list published on the official website of the Memphis Mid-South Chapter of the Federal Bar Association ("FBA Chapter"). That document, attached hereto as **Exhibit A**, confirms the following board composition for calendar year 2026:

    **PRESIDENT (*):** Sarah Stuart — Burch Porter & Johnson, PLLC

    **PRESIDENT-ELECT (*):** Carrie Ann Rohrscheib — U.S. Federal Government

**VICE PRESIDENT/TREASURER (\*):** William Bateman — U.S. Attorney's Office

**[PAGE 3 — POSITIONS TO BE CONFIRMED FROM WEBSITE]:** [\*\*\* APPELLANT TO INSERT ALL BOARD MEMBERS LISTED ON PAGE 3 OF THE FBA WEBSITE BEFORE FILING — BASS BERRY REPRESENTATIVE AND ALL OTHERS ON THAT PAGE \*\*\*]

**BOARD MEMBER:** Shayna Giles Roark — Baker Donelson Bearman Berkowitz

**BOARD MEMBER:** Maggie McGowan Stringer — Epstein Becker Green LLP

**JUDICIAL REPRESENTATIVE (\*\*):** Hon. Jon A. York, United States Magistrate Judge (previously documented in Appellant's Objection to Order of Reference filed March 5, 2026, and Motion for Recusal filed March 9, 2026)

**FEDERAL COURT LIAISON (\*\*):** Wendy R. Oliver — Clerk of Court, Western District of Tennessee (previously documented in Appellant's Objection to D.E. 16 filed March 10, 2026)

The asterisk (\*) denotes a Leadership Ladder Position filled by Succeeding Officer in accordance with Chapter Bylaws. The double asterisk (\*\*) denotes a Standing Position provided for by Chapter Bylaws.

## II. BURCH PORTER & JOHNSON, PLLC AS CO-CONSPIRATOR FIRM NOW CONFIRMED AS CHAPTER PRESIDENT

The presence of Sarah Stuart of Burch Porter & Johnson, PLLC as the 2026 Chapter President is material to the conflicts already documented and requires formal supplementation of the record for the following reasons:

### A. Burch Porter & Johnson, PLLC represented Monorail — the entity whose intellectual property was stolen.

Burch Porter & Johnson, PLLC served as legal counsel to Monorail at the time the conspiracy to steal Appellant's $900,000,000 in healthcare analytics intellectual property was executed. Rather than protecting Appellant's IP, Burch Porter participated in or facilitated the cover-up of the theft. This makes Burch Porter & Johnson a co-conspirator in the enterprise documented in Appellant's Proof of Claim No. 4-2 and the FBI Criminal Referrals filed February 10-11, 2026.

### B. The Chapter President from Burch Porter presides over the same professional organization as the Appellee and the Magistrate assigned to this appeal.

Sarah Stuart of Burch Porter serves as Chapter President — the presiding officer of the entire FBA Memphis Mid-South Chapter — while:

(1) Carrie Ann Rohrscheib (Appellee's representative / U.S. Trustee Trial Attorney) serves as Chapter President-Elect, the second-ranking officer;

(2) Hon. Jon A. York (the Magistrate Judge assigned to this appeal, subject of Appellant's pending recusal motion) serves as Chapter Judicial Representative;

(3) William Bateman of the U.S. Attorney's Office serves as Chapter Vice President/Treasurer — the same U.S. Attorney's Office that covered up Appellant's evidence under Kara F. Sweet and Kevin Ritz.

A co-conspirator law firm (Burch Porter) thus presides over the professional organization whose membership simultaneously includes the federal officer opposing this appeal (Rohrscheib) and the magistrate assigned to decide it (York).

### III. BAKER DONELSON BEARMAN BERKOWITZ

Shayna Giles Roark of Baker Donelson Bearman Berkowitz serves as a board member of the FBA Chapter. Baker Donelson is one of the largest law firms in Tennessee and Mississippi and is part of the same political and legal infrastructure documented in Appellant's Master Timeline. Baker Donelson's presence on this board alongside Rohrscheib and a Burch Porter partner further extends the documented organizational conflict.

### IV. U.S. ATTORNEY'S OFFICE REPRESENTATION ON BOARD

William Bateman of the U.S. Attorney's Office serves as Chapter Vice President/Treasurer. The U.S. Attorney's Office, Western District of Tennessee is the office under which:

(a) Kevin Ritz, then-U.S. Attorney, refused to investigate Appellant's documented evidence of IP theft and Medicare fraud and is named as a defendant in Appellant's Federal Tort Claims Act claim;

(b) Kara F. Sweet, Acting Civil Chief, acknowledged receipt of Appellant's evidence and then shared it with Bass Berry Sims (opposing counsel) — a documented act of obstruction memorialized in her November 19, 2022 email;

(c) Kevin Ritz was subsequently elevated to the United States Court of Appeals for the Sixth Circuit.

The Vice President/Treasurer of the FBA Chapter thus represents the same federal office that obstructed investigation of the crimes underlying this entire proceeding.

### V. THE COMPLETE ORGANIZATIONAL CONFLICT STRUCTURE

The 2026 FBA Memphis Mid-South Chapter board as documented presents the following complete conflict structure in a single professional organization:

1. **Chapter President (Sarah Stuart / Burch Porter):** Co-conspirator law firm that represented Monorail and covered up the theft of Appellant's IP — directly adverse to Appellant's $900M claim.

2. **Chapter President-Elect (Carrie Ann Rohrscheib / U.S. Federal Government):** The Appellee in this appeal; the U.S. Trustee Trial Attorney who is subject of Appellant's pending Motion to Disqualify.

3. **Chapter Vice President/Treasurer (William Bateman / U.S. Attorney's Office):** Representative of the federal office that obstructed investigation of Appellant's evidence.

4. **Chapter Judicial Representative (Hon. Jon A. York):** The Magistrate Judge assigned to this appeal; subject of Appellant's pending Motion for Recusal.

5. **Chapter Federal Court Liaison (Wendy R. Oliver / Clerk of Court):** The Clerk of this Court; subject of Appellant's DOJ OIG referral request documented in Appellant's Objection to D.E. 16.

6. **Board Member (Shayna Giles Roark / Baker Donelson):** Representative of major Tennessee law firm within the political infrastructure documented in Appellant's criminal referrals.

7. **[Bass Berry Sims representative — page 3 to be confirmed]:** Bass Berry Sims is the firm to which Kara Sweet admitted sharing Appellant's evidence — a documented act of obstruction in this matter.

## VI. LEGAL SIGNIFICANCE

The organizational facts documented herein supplement and strengthen the disqualification arguments already before this Court:

Under 28 U.S.C. § 455(a), a judge must disqualify himself when his impartiality "might reasonably be questioned." Under 28 U.S.C. § 455(b)(4), disqualification is mandatory when a judge has a financial or organizational interest that could be substantially affected by the outcome. The documented organizational relationship between Magistrate Judge York as Judicial Representative and the Chapter's President-Elect (Rohrscheib, the Appellee) and President (Stuart of Burch Porter, a co-conspirator firm) satisfies both standards.

No reasonable litigant could have confidence that an adjudicator whose professional organization is presided over by a co-conspirator firm — and whose organization's second-ranking officer is the opposing party in the very proceeding before him — can adjudicate impartially.

## VII. RELIEF REQUESTED

Appellant respectfully requests that this Court:

A. Accept this Notice as a supplement to the record in support of Appellant's pending Motion for Recusal of Magistrate Judge York and Motion to Disqualify U.S. Trustee Rohrscheib;

B. Treat the attached Exhibit A (FBA 2026 Board Members list) as additional documentary evidence of the structural organizational conflict requiring disqualification;

C. Refer this matter to District Judge Breen for decision on the pending recusal and disqualification motions, and for referral to the appropriate investigative authority regarding the composition of the FBA Chapter board;

D. Grant such other and further relief as this Court deems just and proper.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2026, a true and correct copy of the foregoing Notice was served via email on the following parties:

United States Trustee Carrie Ann Rohrscheib
Office of the United States Trustee, Region 8
200 Jefferson Avenue, Suite 400
Memphis, Tennessee 38103-2374
carrie.a.rohrscheib@usdoj.gov

C. Jerome Teel Jr.
Counsel for Apperson Crump PLC
jerome@tennesseefirm.com


I, Randel Edward Page, Jr., declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.


Respectfully submitted,

____/s/ Randel Page____ Date: March 12, 2026
**Randel Edward Page, Jr.**
Pro Se Appellant / Federal Creditor — Case No. 25-11660
3504 Milford Cove
Collierville, Tennessee 38017
Telephone: (901) 351-6060
Email: randelpage@gmail.com

# EXHIBIT A
FBA Memphis Mid-South Chapter — 2026 Board Members



 Log In

# Memphis Mid-South Chapter of the Federal Bar Association

Home   About   Upcoming Events   News   Contact   Join the FBA

# About Us

The Federal Bar Association (FBA), founded in 1920, is dedicated to the advancement of the science of jurisprudence and to promoting the welfare, interests, education, and professional development of all attorneys involved in federal law. Nationally and locally, FBA members run the gamut of federal practice: attorneys practicing in small to large legal firms, attorneys in corporations and federal agencies, and members of the judiciary. The FBA is the catalyst for communication between the bar and the bench, as well as the private and public sectors.

The Memphis/Mid-South Chapter of the FBA is committed to the interests, education, and professional development of all federal court practitioners in Memphis and the surrounding area. To promote these interests, we provide learning opportunities and networking events throughout each year, and, as a result, those within the federal bar have the opportunity to network among each other and to interact with the federal bench in Memphis and Jackson, Tennessee. We encourage all of those who practice in federal court to join the Memphis/Mid-South Chapter of the FBA and benefit from these great opportunities.



# Memphis Mid-South Chapter Board

FEDERAL BAR ASSOCIATION MEMPHIS/MID-SOUTH CHAPTER

2026 BOARD MEMBERS

(*) Denotes Leadership Ladder Position filled by Succeeding Officer in accordance with Chapter Bylaws

(**) Denotes Standing Position provided for by Chapter Bylaws

PRESIDENT (*)

Sarah Stuart

Burch Porter & Johnson, PLLC

PRESIDENT-ELECT (*)

Carrie Ann Rohrscheib

U.S. Federal Government

VICE PRESIDENT/TREASURER (*)

William Bateman

U.S. Attorney's Office

SECRETARY (*)
Kyle Cummins
Butler Snow LLP

JUDICIAL REPRESENTATIVES
The Honorable Jon A. York
The Honorable Annie T. Christoff
United States District Court
Western District of Tennessee

NATIONAL DELEGATE
Katie Hansen
Littler Mendelson

FEDERAL COURT LIAISON (**)
Wendy Oliver, Clerk of Court
United States District Court
Western District of Tennessee

AT-LARGE BOARD MEMBERS

Taurus Bailey
Bailey and Bailey Law Firm

Naya Bedini
U.S. Attorney's Office

David Bell
Federal Public Defender's Office

Alex Boals
FedEx Freight

Deb Ireland
Deb Ireland Legal

Raney Irwin
U.S. Attorney's Office

Jonathan E. Nelson
Bass, Berry & Sims

Caroline Parish

Shawna Giles Boyd

Baker Donelson Bearman Berkowitz

Maggie McGowan Stringer

Epstein Becker Green LLP

f 🐦 in

©2023 by Memphis Mid-South Chapter of the Federal Bar Association. Proudly created with Wix.com

Case 25-11660    Doc 372-1    Filed 03/12/26    Entered 03/12/26 08:49:35    Desc BAP
Case 2:26-cv-02103-JPM-jay    Document 25    Filed 03/12/26    Page 1 of 1
Notice of Transmittal Appeal    Page 1 of 2

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
### Western District of Tennessee

---

**In re**

**Apperson Crump PLC**

**Debtor(s).**

**Case No.   25–11660**
**Chapter   11**
**BK Judge  Jimmy L Croom**

**Adversary No.**

**Business**

**USDC Case No. 2601037**

**Randel Edward Page, Jr.**
**Appellant(s)**

**vs.**

**Apperson Crump, PLC.**
**Paul Randolph**
**Acting US Trustee, Region 8**
**Appellee(s).**

---

### NOTICE OF TRANSMITTAL TO THE UNITED STATES DISTRICT COURT
### OF MISCELLANEOUS ITEMS RELATED TO APPEAL

---

**TO: Clerk of the U.S. District Court for the Western District of Tennessee**

The following items are available from the U.S. Bankruptcy Court docket sheet in .PDF form at
https://ecf.tnwb.uscourts.gov.

☐  Motion (or Order thereon) to waive filing fee on appeal.

☐  Appellee(s)' election to have appeal heard in District Court erroneously filed with this court on
   .

☐  Order dismissing bankruptcy case.
   *See, Case Management Manual for United States Bankruptcy Judges, 1995*
   *Chapter IV, Section B: The Pretrial Phase(b) –*
   *"...dismissal of the underlying case may warrant the dismissal of an appeal..."*

☑  NOTICE OF ADDITIONAL CONFLICT EVIDENCE: 2026 FBA MEMPHIS
   MID–SOUTH CHARTER BOARD OF DIRECTORS CONFIRMS STRUCTURAL
   ORGANIZATIONAL CONFLICT REQUIRING DISQUALIFICATION OF
   MAGISTRATE JUDGE YORK AND US TRUSTEE ROHRSCHEIB; BURCH
   PORTER & JOHNSON ... .

**Date:  March 12, 2026**

**cc:**
**Debtor**
**Debtor atty**
**Us Trustee**
**Appellant**

**Travis D. Green, Clerk of Court**
**United Sates Bankruptcy Court**

**BY:  /s/ Jacquelyn Stewart**

_____
**Deputy Clerk**
**(731) 421–9300**
**111 S Highland, Room 107**
**Jackson, TN 38301**

[ntctrnsa]Notice of Transmittal BAP 07–05