# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

In re:        **APPERSON CRUMP PLC,**        Case No. 25-11660

       Debtor.        Chapter 11

### UNITED STATES TRUSTEE'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Paul A. Randolph, Acting U.S. Trustee Region 8 ("U.S. Trustee") hereby designates the following items to be included in the record on appeal in connection with the Notice of Appeal (Doc. No. 73) filed by Randel Edward Page, Jr. on February 25, 2026.

**Designation of Additional Items to be Included in the Record on Appeal**

Pleadings (and all related attachments and exhibits) in **Case No. 25-11660**:

| Date | Docket No. | Description |
|---|---|---|
| 12/01/2025 | 1 | Chapter 11 Voluntary Petition Non-Individual. Filing Fee Due $1738, Filed by Apperson Crump PLC |
| 12/01/2025 | 2 | Business Income and Expenses Filed by C. Jerome Teel Jr. on behalf of Debtor Apperson Crump PLC. |
| 12/01/2025 | 4 | Budget Of Estimated Costs Of Case Administration Filed by C. Jerome Teel Jr. on behalf of Debtor Apperson Crump PLC. |
| 12/01/2025 | 6 | Motion to Use Cash Collateral Filed by C. Jerome Teel Jr. on behalf of Apperson Crump PLC (Attachments: # 1 Exhibit A # 2 Exhibit B) |

| 12/15/2025 | 24 | Case Management Order |
|---|---|---|
| 12/17/2025 | 28 | Agreed Interim Order Authorizing The Use Of Cash Collateral Pursuant To 11 U.S.C. Section 363 |
| 01/15/2026 | 47 | Motion to Abandon, Motion for Relief from Stay in RE: Loan Agreements Filing Fee Due $199 Filed by Austin McMullen on behalf of Advocate Capital, Inc. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit Proposed Order # 7 Exhibit Mailing Matrix) |
| 01/15/2026 | 48 | Second Interim Order Authorizing The Use Of Cash Collateral Pursuant To 11 U.S.C. Section 363 |
| 01/20/2026 | 53 | Motion to Dismiss Case, or in the alternative Motion to Convert Chapter 11 Case to Chapter 7, Filed by Carrie Ann Rohrscheib on behalf of U.S. Trustee |
| 01/21/2026 | 54 | Consent Order Granting Relief from Stay In RE: any available insurance coverage Filed by C. Jerome Teel Jr. on behalf of Debtor Apperson Crump PLC |
| 01/23/2026 | 55 | Notice Of Hearing; (related document(s)53 Motion to Dismiss Case , or in the alternative Motion to Convert Chapter 11 Case to Chapter 7 , Filed by Carrie Ann Rohrscheib on behalf of U.S. Trustee (Rohrscheib, Carrie Ann)) Hearing scheduled 2/19/2026 at 09:30 AM, Room 342, Jackson, TN. Bar Date For Objections - 2/10/2026. |
| 01/25/2026 | 57 | BNC Certificate of Mailing (related document(s)55 Notice Of Hearing) Notice Date 01/25/2026. |
| 01/28/2026 | 58 | Consent Order Rejecting And Terminating Lease With Poplar Corridor Investments, LLC Assignee Of Highwoods Realty Limited Partnership Filed by Bertis Echols on behalf of Creditor Poplar Corridor Investments, LLC |
| 02/03/2026 | 60 | Final Order Granting Motion To Use Cash Collateral |

| | | |
|---|---|---|
| 02/04/2026 | 61 | Certificate Of Compliance With Local Bankruptcy Rule 9013-1 Filed by Austin McMullen on behalf of Creditor Advocate Capital, Inc. (related document(s)47 Motion to Abandon , Motion for Relief from Stay in RE: Loan Agreements Filing Fee Due $199). (Attachments: # 1 Proposed Order # 2 Exhibit Mailing List) |
| 02/05/2026 | 62 | Proof of Claim Attachment (Claim # 4-2) Filed by Creditor Randel Edward Page Jr. |
| 02/10/2026 | 65 | Order Granting Motion To Abandon |
| 02/12/2026 | 66 | Certificate Of Compliance With Local Bankruptcy Rule 9013-1 Filed by Carrie Ann Rohrscheib on behalf of U.S. Trustee U.S. Trustee |
| 02/13/2026 | 68 | Response to United States Trustee's Motion To Dismiss Or Convert Case And Request For Trustee Investigation (related document(s): 53 Motion to Dismiss Case filed by U.S. Trustee U.S. Trustee, Motion to Convert Chapter 11 Case to Chapter 7 ,) Filed by Creditor Randel Edward Page Jr. |
| 02/17/2026 | 69 | Order Granting United States Trustee's Motion to Dismiss Case Pursuant To 11 U.S.C. Section 1112(b) And Notice of Entry Thereof (Related Doc # 53), Mooting Motion to Convert Chapter 11 Case to Chapter 7 (Related Doc # 53) |
| 02/25/2026 | 73 | Notice of Appeal and Statement of Election to District Court. Filing Fee Due $298 Filed by Creditor Randel Edward Page Jr. |

**Other Items:**

| Date | Case No. | Description |
|---|---|---|
| 12/01/2025 (Filing date) | 25-11660 | *In re Apperson Crump, PLC* (Bankr. W.D. Tenn.) Docket Report as of 02/25/2026 |
| 12/01/2025 (Filing date) | 25-11660 | *In re Apperson Crump, PLC* (Bankr. W.D. Tenn.) Claims Register as of 02/25/2026 |

| 01/08/2026 | Proof of Claim 4-2 | Amended Claim #4 filed by Randel Edward Page Jr., Amount claimed: $900000000.00 |

PAUL A. RANDOLPH
ACTING UNITED STATES
TRUSTEE, REGION 8

/s/ Carrie Ann Rohrscheib, Trial Attorney (#022991)
United States Department of Justice
Office of United States Trustee
200 Jefferson Avenue, Suite 400
Memphis, TN 38103
(901) 544-3303

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing was served upon the parties listed below by electronic mail and by first class mail on March 13, 2026.

/s/Carrie Ann Rohrscheib
Carrie Ann Rohrscheib (TN 022991)
Trial Attorney

Randel Edward Page, Jr.
3504 Milford Cove
Collierville, Tennessee 38017
randelpage@gmail.com
Tel: (901) 351-6060

C. Jerome Teel, Jr.
Attorney for Apperson Crump, PLC
Teel & Gay, PLC
79 Stonebridge Blvd., Suite B
Jackson, TN 38305
Phone: (731) 424-3315
Jerome@tennesseefirm.com

Case 25-11660 Doc 123-1 Filed 03/13/26 Entered 03/13/26 13:00:53 Desc BAP
Case 1:26-cv-01037 Document 2-1 Filed 03/18/26 Page 5 of 5 PageID 5
Notice of Appellant Record    Page 1 of 1

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE
Western District of Tennessee

---

**In re**  
**Apperson Crump PLC**

**Debtor(s).**

**Randel Edward Page, Jr.**  
**Appellant(s)**

vs.

**Apperson Crump, PLC.**  
**Paul Randolph**  
**Acting US Trustee, Region 8**  
**Appellee(s).**

Case No.   25–11660  
Chapter   11  
BK Judge   Jimmy L Croom

Adversary No.

Business  
 District Case No. 26–01037

---

### NOTICE OF ☐ APPELLANT ☑ APPELLEE DESIGNATION OF RECORD
### TO THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF TENNESSEE

---

**TO: THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF TENNESSEE**

The following items are available from the U.S. Bankruptcy Court docket sheet in .PDF form at https://ecf.tnwb.uscourts.gov.

☐    Appellant(s)' designation of record on appeal filed .

☑    Appellee(s)' additional designation of record on appeal filed 3/13/2026 as DE #122

☐    Appellant(s)' statement of issues (if not included in designation of record) filed .

☐    Exhibits filed on

☐    Transcripts filed on

☐    $ Filing Fee Paid. (if not paid prior to Notice of Referral of Appeal).

☐    Filing Fee Not Paid.

☐

Travis D. Green, Clerk  
United Sates Bankruptcy Court

BY: /s/ Jacquelyn Stewart

**Date:  March 13, 2026**

 Deputy Clerk  
 (731) 421–9300  
111 S Highland, Room 107  
Jackson, TN 38301

[ntcapdes]Notice Appeal Designation BAP 04/2023