IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

RANDEL EDWARD PAGE, JR.,

      Appellant,

      v.                               No. 1:26-cv-01037-JDB-jay

APPERSON CRUMP, PLC, and,
UNITED STATES TRUSTEE, REGION 8,

      Appellees.

## ORDER

On April 23, 2026, the Court issued an order to show cause no later than May 4, 2026, why Appellant Randel Edward Page, Jr.'s appeal should not be dismissed because Page had not filed and served his brief by the April 13, 2026, deadline. (Docket Entry ["D.E."] 28). On April 29, 2026, Page filed a response to the show cause order. (D.E. 29). Page's response satisfies the previously entered show cause order.

The Court will consider Page's show cause response as his brief. Appellee's responsive brief is due no later than May 29, 2026.

IT IS SO ORDERED, this the 6th day of May, 2026.

                                      **s/Jon A. York**
                                      United States Magistrate Judge

**NOTICE:**

**IF DESIRED, AN APPEAL OF THIS ORDER TO THE PRESIDING DISTRICT COURT JUDGE MUST BE FILED WITHIN FOURTEEN (14) DAYS OF THE SERVICE OF A COPY OF THIS ORDER. *SEE* 28 U.S.C. § 636(b)(1)(C); LOCAL RULE 72(g)(2). FAILURE TO OBJECT WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER AND/OR FORFEITURE OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**