**Grace Perkins**

---

| | |
|---|---|
| **From:** | tnwbCourt User/TNWB/06/USCOURTS <tnwbCourt_User@tnwb.uscourts.gov> |
| **Sent:** | Tuesday, May 26, 2026 10:37 AM |
| **To:** | tnwbCourt User/TNWB/06/USCOURTS |
| **Subject:** | 25-11660-jlc Ch-11 Notice of Transmittal of Miscellaneous Items Related to Appeal Apperson Crump PLC |

**DO NOT REPLY TO THIS E-MAIL. REPLIES TO THIS E-MAIL WILL NOT BE MONITORED. ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

### U.S. Bankruptcy Court

### Western District of Tennessee

Notice of Electronic Filing

The following transaction was received from jns entered on 5/26/2026 at 10:37 AM CDT and filed on 5/26/2026

| | |
|---|---|
| **Case Name:** | Apperson Crump PLC |
| **Case Number:** | 25-11660 |
| **Document Number:** | 154 |

**Docket Text:**
Notice of Transmittal to District Court of Miscellaneous Items Related to Appeal (related document(s)[73] Notice Of Appeal and Statement of Election) (jns)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**25-11660_decl.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1022688704 [Date=5/26/2026] [FileNumber=62420998-0] [40d7d3a2d504bcae14ccf69a16d51567a1aa328c26190cd506bec8c8a25b2e2f89 9b5ffc57077f3432585150856a2def521490a9f895f82edf86c382230b6199]]

**25-11660 Notice will be electronically mailed to:**

Advocate Capital, Inc.
amcmullen@bradley.com

Bertis Echols on behalf of Creditor Poplar Corridor Investments, LLC
bechols@evanspetree.com, rfehse@evanspetree.com

Brian Jordan on behalf of Creditor Wilmington Savings Fund Society. FSB, not in its individual capacity
but solely as Owner Trustee for the FLIC Residential Mortgage Loan Trust 1
bkecfinbox@aldridgepite.com, bjordan@ecf.inforuptcy.com

Austin McMullen on behalf of Creditor Advocate Capital, Inc.
amcmullen@bradley.com, amcmullen@ecf.courtdrive.com

Brandon McNary on behalf of Creditor Adan Tech, LLC
bmcnary@drmlawmemphis.com, litigation@drmlawmemphis.com

Carrie Ann Rohrscheib on behalf of U.S. Trustee U.S. Trustee
carrie.a.rohrscheib@usdoj.gov

Wendy Geurin Smith on behalf of Creditor BankTennessee
wgsmith@evanspetree.com

Ronald G. Steen, Jr. on behalf of Creditor Simmons Bank
ronn.steen@thompsonburton.com, mdennis@thompsonburton.com

C. Jerome Teel, Jr. on behalf of Debtor Apperson Crump PLC
bankruptcy@tennesseefirm.com,
cjtecf@gmail.com;g3946@notify.cincompass.com;jeromecr77281@notify.bestcase.com

U.S. Trustee
ustpregion08.me.ecf@usdoj.gov

R. Lee Webber on behalf of Creditor Guaranty Bank and Trust Company
lwebber@martintate.com, mowens@martintate.com

Marianna Williams on behalf of Codebtor Bruce M. Smith
marianna@ashleyarnold.com

**25-11660 Notice will not be electronically mailed to:**

First Citizens Bank & Trust Company
c/o Weltman, Weinberg & Reis Co., LPA
5990 West Creek Rd, Suite 200
Independence, OH 44131

Randel Edward Page, Jr.
3504 Milford Cove
Collierville, TN 38017