**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RANDEL EDWARD PAGE, JR., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-01037-JDB-jay |
| | ) | |
| APPERSON CRUMP, PLC, and | ) | |
| UNITED STATES TRUSTEE, REGION 8, | ) | |
| | ) | |
| Appellees. | ) | |

RECEIVED
SEP 29 2026
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

## NOTICE OF RELATED GOVERNMENTAL MATTERS

Appellant Randel Edward Page, Jr., proceeding pro se, hereby submits this Notice of Related Governmental Matters in support of his concurrently filed Objections to the Magistrate Judge's Report and Recommendation (D.E. 33). This Notice is submitted under Federal Rule of Civil Procedure 72(b)(3), which permits the Court, in its discretion, to receive further evidence. The Objections rest on the record designated under Federal Rule of Bankruptcy Procedure 8009 and do not depend on this Notice.

1. On June 16, 2026, Appellant submitted a complaint to the Consumer Financial Protection Bureau concerning Apperson Crump, PLC (CFPB Complaint No. 260616-34180808). The CFPB's complaint portal reflects that the complaint was closed and sent to the Federal Trade Commission.

2. On June 16, 2026, Appellant submitted a complaint to the Consumer Financial Protection Bureau concerning BankTennessee (CFPB Complaint No. 260616-34180629). By correspondence dated August 25, 2026, the Ombuds Office of the Board of Governors of the

Federal Reserve System advised Appellant that information he provided to the CFPB concerning BankTennessee had been referred to that office as a whistleblower matter and shared with appropriate staff.

3. On June 10, 2026, Appellant submitted information concerning BankTennessee to the Office of the Whistleblower of the Financial Crimes Enforcement Network, United States Department of the Treasury. By correspondence dated September 22, 2026, that office acknowledged receipt and advised that it is tracking the matter under code TCR-1482-Q3K2B, reference CRM:00233000028.

4. On July 1, 2026, Appellant filed a report with the Collierville Police Department, Criminal Investigation Division, docketed as CPD Report No. 2600003258 and assigned to Detective Eric Shirkey. Appellant met with Detective Shirkey on July 1, 2026 and on September 18, 2026, and delivered documentary materials to the Department. Appellant has asked FinCEN's Office of the Whistleblower to contact the Department directly, through appropriate law enforcement channels, regarding those materials. Appellant has separately asked the Department to provide those materials to the Federal Reserve System.

5. Each of these matters postdates the bankruptcy court's February 17, 2026 order. Appellant brings them to the Court's attention because each concerns the Debtor's estate. The complaint referred to the Federal Trade Commission identifies the Debtor and describes the Debtor's June 7, 2021 billing statement to Appellant — the statement on which Proof of Claim No. 4-2 is based. The Federal Reserve and FinCEN matters concern BankTennessee, a creditor of the Debtor listed on the Debtor's Schedule E/F in Case No. 25-11660 as holding an unsecured claim of $54,648. The Collierville report concerns conduct that Appellant contends arises from the same identity theft on which Proof of Claim No. 4-2 is based.

Respectfully submitted,

Randel Edward Page, Jr.
Appellant, Pro Se
3504 Milford Cove
Collierville, Tennessee 38017
(901) 351-6060
randelpage@gmail.com

Dated: September 29, 2026

---

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2026, a true and correct copy of the foregoing Notice of Related Governmental Matters was served upon the following via first class United States mail, postage prepaid:

Office of the United States Trustee, Region 8
200 Jefferson Avenue, Suite 400
Memphis, Tennessee 38103-2374

Jerome Teel
79 Stonebridge Blvd Ste B
Jackson, TN 38305

Randel Edward Page, Jr.